CV-02-2892 (CBA)

Case: 42:405 Review of HHS
Decision (DIWC)
May 9, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 24 2005 ★

P.M. _____
TIME A.M. _____

Dear Judge Carol B. Amon,

    I, Joann Craig o/b/o Chanel Myisha Andrews. At this time I am requesting an extension on my court date c/o May 26, 2005. Originally Sam Ramrup of the U.S. Attorney Eastern District would represent Chanel Andrews but unfortunately due to miscommunication, we will have to find another legal aid. I am again requesting, if possible, approx. 2 months (6 weeks) to contact a legal aid to represent us appropreatly. Please contact me at my home number 347-312-2735. Thank you

Sincerely,
Joann Craig

Case # 1:02-CV-O2892
-CBA
Craig Vs. Barnhart
CC Sam Ramup

*Application denied. Petitioner must appear for argument on this case. Petitioner's papers were originally due Sept 2, 2003 almost two years ago. So Ordered.*

5/23/05

MAY 09 2005

14